```
                                    FILED              RECEIVED
                                    ENTERED            SERVED ON
                                           COUNSEL/PARTIES OF RECORD

                                         FEB - 7 2017

                                    CLERK US DISTRICT COURT
                                      DISTRICT OF NEVADA
                                 BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-CR-329-JCM-(GWF) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| RONALD GENE MORGAN, | |
| Defendant. | |

This Court finds that defendant Ronald Gene Morgan pled guilty to Count Four of a Thirteen-Count Criminal Indictment charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 59; Change of Plea, ECF No. __.

This Court finds defendant Ronald Gene Morgan agreed to the imposition of the in personam criminal forfeiture money judgment of $3,234,982 set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 12; Plea Agreement, ECF No. 59; Change of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1343, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense, and is subject to

///

1  forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United
2  States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).
3      This Court finds that Ronald Gene Morgan shall pay an in personam criminal forfeiture
4  money judgment of $3,234,982 to the United States of America, pursuant to Fed. R. Crim. P.
5  32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United
6  States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).
7      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
8  United States recover from Ronald Gene Morgan an in personam criminal forfeiture money
9  judgment of $3,234,982.
10     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies
11 of this Order to all counsel of record and three certified copies to the United States Attorney's
12 Office, Attention Asset Forfeiture Unit.
13     DATED this 7th day of Feb., 2017.

_____
UNITED STATES DISTRICT JUDGE